IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 0 7 2008

| | |
|---|---|
| RUSSELL FOUT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-108 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On this day came the Defendant, Michael J. Astrue, Commissioner of Social Security, and moved the Court to enlarge the time within which Defendant may file his motion for summary judgment, and it appearing to the Court that good cause exists for said motion, it is hereby

**ORDERED** that the time within which Defendant may file is extended and enlarged up to and including the 7TH day of March, 2008.

Date: _February 7, 2008_

_____
UNITED STATES MAGISTRATE JUDGE